# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORA L. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-13-1184-D |
| ) | |
| GARDEN RIDGE, L.P. and ) | |
| GARDEN RIDGE MANAGEMENT, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

On July 14, 2014, the Court entered its order [Doc. No. 15] granting the unopposed motion to withdraw of Plaintiff's counsel, Robert W. Haiges and John D. Coury of Haiges, Coury & Associates, P.L.L.C. As grounds for withdrawal counsel stated that despite exhausting all available avenues, they had not been able to locate their client.

In the Court's order, Plaintiff was notified that she had thirty days within which to file an entry of appearance by substitute counsel or *pro se*. Plaintiff was further cautioned that failure to timely do so may result in a dismissal of the action without prejudice to refiling.

To date, Plaintiff has not filed an entry of appearance by substitute counsel or *pro se*, nor has Plaintiff requested an extension of time within which to do so. Consequently, the action is dismissed on grounds that Plaintiff has filed to prosecute her claims.

IT IS THEREFORE ORDERED that the this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IT IS SO ORDERED this 18th day of August, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE